# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

**UNITED STATES OF AMERICA,**                    CASE NO. 3:23 CR 175

    Plaintiff,

    v.                                                   JUDGE JAMES R. KNEPP II

**ANTHONY FIMOGNARI,**

    Defendant.                                        **ORDER**

Currently pending before the Court is Defendant Anthony Fimognari's *pro se* Motion for Extension of Time in which to file a motion to vacate under 28 U.S.C. § 2255.

This Court does not have the authority to grant extensions of time to file § 2255 motions before a defendant has filed such a motion. In *United States v. Asakevich*, the Sixth Circuit held that a federal prisoner may not ask a court to grant him an extension of time to file a § 2255 motion before he has filed the § 2255 motion. 810 F.3d 418, 419 (6th Cir. 2016). That is because "[i]n order to create an Article III controversy and obtain more than an advisory opinion, [the defendant] need[s] to file the § 2255 motion." *Id.*

For the foregoing reasons, good cause appearing, it is

ORDERED that Fimognari's motion (Doc. 58), be and the same hereby is, DENIED.[1]

          s/ *James R. Knepp II*
          UNITED STATES DISTRICT JUDGE

          Dated: December 23, 2025

---

1. Due to a clerical error, a previous non-document Order issued on December 22, 2025, incorrectly stated that this Motion was granted. That Order is hereby VACATED.